UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-10010-CR-MOORE/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YASEL MASA-HERNANDEZ,

    Defendant.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Petition for Revocation of Supervised Release (ECF No. 73) which was referred to United States Magistrate Judge, Lurana S. Snow, for Report and Recommendation (ECF No. 78). A hearing was held on October 7, 2022.

At the hearing, counsel for the Defendant advised the undersigned that the Defendant admits all of the violations set forth in the Petition. Accordingly, it is hereby

RECOMMENDED that the this Court accept the Defendant's admission of guilt as to the violations of supervised release alleged in the Petition and that this case proceed to final hearing.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable K. Michael Moore, United States District Judge. Failure to file objections timely shall bar the parties from a <u>de novo</u> determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained therein, except upon grounds of plain error if necessary in the interest of justice. <u>See</u> 28 U.S.C.

§ 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1..

      DONE AND SUBMITTED at Fort Lauderdale, Florida, this 13th day of October, 2022.

                                              */s/ Lurana S. Snow*  
                                              LURANA S. SNOW  
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record

U.S. Probation (Key West)